AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****            DISTRICT OF   NEVADA

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| FRANK J. FOSBRE, JR., derivatively on behalf of INTERNATIONAL GAME TECHNOLOGY, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS J. MATTHEWS, et al., <br><br> Defendants <br><br> and <br><br> INTERNATIONAL GAME TECHNOLOGY, <br><br> Nominal Defendant | **3:09-CV-0467-ECR-RAM (Base Case)** <br> Member Cases 3:09-CV-0489, <br> 3:09-CV-0536, and 3:09-CV-0542 |
| JEANNE M. CALAMORE, derivatively on behalf of INTERNATIONAL GAME TECHNOLOGY, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS J. MATTHEWS, et al., <br><br> Defendants <br><br> and <br><br> INTERNATIONAL GAME TECHNOLOGY, <br><br> Nominal Defendant | **3:09-CV-0489-ECR-VPC** |

```
SANJAY ISRANI, derivatively   )   3:09-CV-0536-ECR-RAM
 on behalf of                 )
 INTERNATIONAL GAME TECHNOLOGY)
                              )
_____        Plaintiff,       )
                              )
vs.                           )
                              )
ROBERT A. BITTMAN, et al.,    )
                              )
             Defendants       )
                              )
and                           )
                              )
INTERNATIONAL GAME TECHNOLOGY,)
                              )
Nominal Defendant             )
_____)

IRINA ARONSON, derivatively   )   3:09-CV-0542-ECR-VPC
 on behalf of                 )
 INTERNATIONAL GAME TECHNOLOGY)
                              )
             Plaintiff,       )
                              )
vs.                           )
                              )
THOMAS J. MATTHEWS, et al.,   )
                              )
             Defendants       )
                              )
and                           )
                              )
INTERNATIONAL GAME TECHNOLOGY,)
                              )
Nominal Defendant             )
_____)
```

**X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    On July 2, 2010, the Court Ordered (#81) that IGT's Motion to Dismiss (#54) be granted and that Plaintiffs would have twenty-one (21) days within which to file an amended complaint. Plaintiffs have not filed an amended complaint.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiffs.

_____  _____
Lance S. Wilson                August 5, 2010
Clerk                          Date

*/s/ Lance S. Wilson*

3